BROWNE WOODS GEORGE LLP
Peter W. Ross (State Bar No. 109741)
pross@bwgfirm.com
Keith J. Wesley (State Bar No. 229276)
kwesley@bwgfirm.com
2121 Avenue of the Stars, 24th Floor
Los Angeles, CA 90067-5010
Tel. (310) 274-7100 / Fax (310) 275-5697

LAW OFFICES OF GARY FREEDMAN
Gary Freedman (State Bar No. 49922)
goromans@aol.com
1149 Third Street, Suite 200
Santa Monica, CA 90403
Tel.  (310) 576-2444 / Fax (310) 576-2440

Attorneys for Plaintiff
BRIGHTON COLLECTIBLES, INC.

FILED
CLERK, U.S. DISTRICT COURT

MAY 3 1 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHTON COLLECTIBLES, INC., a Delaware corporation, | Case No.  CV11  04630  RGK (Ex) |
| Plaintiff, | **COMPLAINT FOR:** |
| v. | **(1) TRADEMARK INFRINGEMENT [15 U.S.C. § 1114]** |
| BRIGHTON & FAWKES, INC., a California corporation; AMATEUR THEATRICS, LLC, a Nevada limited liability company; JACOB CLARET, an individual; JESSE CORLETTO, an individual; JOSE PORTILLO, an individual; and Does 1 through 10, inclusive, | **(2) FALSE DESIGNATION OF ORIGIN [15 U.S.C. §1125(a)]** |
| | **(3) COMMON LAW UNFAIR COMPETITION** |
| | **(4) STATUTORY UNFAIR COMPETITION  [Cal. Bus. & Prof. Code §§ 17200 et seq.]** |
| Defendants. | |
| | **JURY TRIAL DEMANDED** |

-1-

**COMPLAINT**

1    Plaintiff Brighton Collectibles, Inc., ("Plaintiff") as and for its complaint

2    against defendants Brighton & Fawkes, Inc., Amateur Theatrics, LLC, Jacob Claret,

3    Jesse Corletto, Jose Portillo, and Does 1 through 10 (collectively, "Defendants"),

4    alleges as follows:

5                          **JURISDICTION AND VENUE**

6        1.    This Court has original jurisdiction of this action under 28 U.S.C.

7    §§1331, 1337 and 1338 in that the claims herein arise under federal trademark laws

8    (15 U.S.C. §1121 *et seq.*).  This Court has jurisdiction of the related state claims

9    under 28 U.S.C. §1367(a).

10       2.    This district is the proper venue for this action as a substantial part of

11   the events and omissions giving rise to the claims herein occurred in this district (28

12   U.S.C. § 1391(b)(2)).  This district may also be the proper venue for this action as

13   Plaintiff is informed and believes and thereon alleges that all of the known

14   defendants "reside" in this state and that at least two of the known defendants

15   "resides" in this district (28 U.S.C. § 1391(b)(1)).

16                               **PARTIES**

17       3.    Plaintiff is a corporation organized and existing under the laws of the

18   State of Delaware, with its principal place of business in the State of California.

19       4.    Plaintiff is informed and believes and thereon alleges that defendant

20   Brighton & Fawkes, Inc. is a California corporation organized and existing under

21   the laws of the State of California with a place of business in Los Angeles,

22   California.

23       5.    Plaintiff is informed and believes and thereon alleges that defendant

24   Amateur Theatrics, LLC is a limited liability company organized and existing under

25   the laws of the State of Nevada with a place of business in Los Angeles, California.

26       6.    Plaintiff is informed and believes and thereon alleges that defendant

27   Jacob Claret is the creative director of defendant Brighton & Fawkes, Inc. and/or

28   defendant Amateur Theatrics, LLC.  Plaintiff is informed and believes and thereon

-2-

**COMPLAINT**

1  alleges that Mr. Claret resides in California and/or in Nevada.  Plaintiff is informed

2  and believes and thereon alleges that Mr. Claret directed, controlled, ratified and/or

3  participated in the infringing activity alleged below.

4       7.    Plaintiff is informed and believes and thereon alleges that defendant

5  Jesse Corletto is the President and a director of defendant Brighton & Fawkes, Inc.,

6  and a member and a manager of defendant Amateur Theatrics, LLC.  Plaintiff is

7  informed and believes and thereon alleges that Mr. Corletto resides in California

8  and/or in Nevada.  Plaintiff is informed and believes and thereon alleges that Mr.

9  Corletto directed, controlled, ratified and/or participated in the infringing activity

10  alleged below.

11       8.    Plaintiff is informed and believes and thereon alleges that defendant

12  Jose Portillo is a managing member of defendant Amateur Theatrics, LLC.

13  Plaintiff is informed and believes and thereon alleges that Mr. Portillo resides in

14  California and/or in Nevada.  Plaintiff is informed and believes and thereon alleges

15  that Mr. Portillo directed, controlled, ratified and/or participated in the infringing

16  activity alleged below.

17       9.    Plaintiff is unaware of the true names and capacities of defendants

18  named herein as Does 1 through 10, inclusive, but is informed and believes and

19  thereon alleges that each of the fictitiously named defendants engaged in, or is in

20  some manner responsible for, the wrongful conduct alleged herein.  Plaintiff

21  therefore sues these defendants by such fictitious names and will amend this

22  complaint to state their true names and capacities when such names have been

23  discovered.

24       10.   Plaintiff is informed and believes that in doing the acts alleged herein,

25  each of the Defendants was the agent, principal, employee, representative, or alter

26  ego of the other defendants and/or acted with one or more of the other defendants'

27  knowledge, consent, and approval, and acted within the course and scope of his

28  agency or representative capacity.  As such, each of the Defendants is responsible

-3-

**COMPLAINT**

1 | for the actions of the other Defendants, as alleged herein.

2 |      11.    Plaintiff is informed and believes and on that basis alleges that

3 | Defendants have advertised, sold and/or distributed infringing goods in this judicial

4 | district.

## GENERAL ALLEGATIONS

**A.    Brighton Is A Leading Manufacturer Of Women's Shoes And Fashion Accessories.**

12.    Plaintiff designs and manufactures women's shoes and fashion accessories, including handbags, wallets, belts, sunglasses, watches, jewelry and other products that sell under the trademark "Brighton." For more than 20 years, Plaintiff has been continuously engaged in designing, manufacturing, distributing, and selling its "Brighton" products nationwide and has expanded from five employees to a work force that now includes over 500 people employed at a factory in the City of Industry, California, as well as other personnel around the country.

13.    Over the years that Plaintiff has been in existence, its products have gained a nationwide reputation for style and quality. Plaintiff is an acknowledged industry leader, recognized for unique and innovative styling, outstanding workmanship and the use of high quality materials. Plaintiff primarily sells its accessories through "specialty" or "boutique" stores, many of which are located in shopping malls.

14.    Plaintiff owns U.S. Trademark Registration Nos. 1,535,432, 2,209,973, 2,188,683 and 2,156,169 for its "Brighton" trademark in International Class 25, covering tops, shirts, and other apparel items. These trademarks comprise four of the five trademarks using the word "Brighton" that have been issued by the U.S. Patent and Trademark Office in International Class 25. Plaintiff continues to own these four trademark registrations, which are, and continue to be, in full force and effect. Copies of these four trademark registrations and related USPTO filings are attached hereto as Exhibit A and are incorporated herein by this reference.

1   Plaintiff also owns numerous other registrations for its "Brighton" trademarks.

2   Plaintiff has used its "Brighton" trademarks on apparel products since before 1994.

3       15.   Since the early 1990s, many of plaintiff's "Brighton" products have

4   featured hearts in the designs or on the labels of the products.  (Images of

5   representative samples of Brighton products bearing hearts are attached hereto as

6   Exhibit B and incorporated herein by this reference.)

7       16.   Brighton handbags also feature a "dangling heart," for which Brighton

8   owns U.S. Trademark Registration No. 2,206,480.  A copy of Plaintiff's "Dangling

9   Heart" trademark registration and images of plaintiff's "Brighton" products

10   featuring the "Dangling Heart" are attached hereto as Exhibit C and are

11   incorporated herein by this reference.  Brighton handbags have continuously

12   featured the Dangling Heart since the early 1990s.

13       17.   Since that time, Plaintiff's Brighton products have been, and continue

14   to be, extensively promoted and sold throughout the United States.  As a result of

15   Plaintiff's sales and promotion, the Brighton trade name and the Dangling Heart

16   trademark have come, in the minds of consumers, to symbolize Brighton goods.

17   Plaintiff's trademarks have thus become, and are, valuable assets of Plaintiff

18   symbolizing Plaintiff, its high quality goods, and its goodwill.

19   **B.**   **Defendants' Infringement of the "Brighton" Mark.**

20       18.   Plaintiff is informed and believes and thereon alleges that Defendants

21   design and sell tops, shirts, and other apparel items under the brand name and label

22   "Brighton & Fawkes".  At least four of these apparel items have featured the word

23   "Brighton" in designs depicted on the apparel items themselves.  Images of these

24   apparel items are attached hereto as Exhibit D and incorporated herein by this

25   reference.  At least two of these apparel items, a women's top and a men's T-shirt,

26   featured a red heart near the word "Brighton."

27       19.   Plaintiff is informed and believes and thereon alleges that Defendants

28   have registered the domain name *brightonandfawkes.com*.  Plaintiff is informed and

-5-

**COMPLAINT**

1   believes and thereon alleges that, using this domain name, Defendants operate a

2   website prominently displaying, advertising, promoting and selling tops, shirts, and

3   other apparel items under the "Brighton & Fawkes" mark. The images included in

4   Exhibit D, *supra*, have been displayed on the website. Additional images from the

5   website are attached hereto as Exhibit E and incorporated herein by this reference.

6       20.     Plaintiff is informed and believes and thereon alleges that Defendants

7   sell their products online as well as in department stores and retail clothing chains,

8   some of which are located in or near the same shopping malls or retail centers as

9   stores selling Brighton products.

10      21.     Plaintiff is informed and believes and thereon alleges that Defendants

11  have caused these infringing products to be manufactured and have sold them to

12  various consumers, including in Los Angeles County.

13      22.     Pictures of a shirt distributed by Defendants and purchased by

14  consumers in Los Angeles County are attached hereto as Exhibit F, which is

15  incorporated herein by this reference.

16      23.     Defendants have infringed upon the "Brighton" mark intentionally.

17  On or about August 31, 2009, Plaintiff notified Defendants of Plaintiff's rights to

18  the Brighton mark and requested that Defendants cease and desist use of the mark

19  and withdraw their application for federal registration of the mark. Defendants

20  instead continue to seek federal registration for the mark and continue to infringe

21  upon Plaintiff's mark knowingly and willfully.

22      24.     Plaintiff is informed and believes and thereon alleges that Defendants

23  intentionally use the "Brighton" mark so that consumers are likely to be, and in fact

24  have been, confused as to the source of Defendants' goods and have bought those

25  goods on the assumption that they were manufactured or distributed by Plaintiff.

26      25.     Plaintiff is informed and believes and thereon alleges that each of the

27  Defendants has received a direct financial benefit from marketing and selling

28  products incorporating Plaintiff's "Brighton" trademark, in an amount that is

-6-

**COMPLAINT**

1    unknown to Plaintiff.

2        26.    Plaintiff is informed and believes and thereon alleges that Defendants'

3    marketing, sale and distribution of the infringing products have damaged and will

4    continue to damage Plaintiff's reputation and goodwill.

5        27.    Plaintiff is informed and believes and thereon alleges that Defendants'

6    marketing, sale and distribution of products using the Brighton trademark have also

7    damaged Plaintiff in that Plaintiff has lost sales and profits.

8        28.    Defendants' acts have caused and will continue to cause irreparable

9    harm and injury to Plaintiff for which Plaintiff has no adequate remedy at law.

10   Accordingly, pursuant to 15 U.S.C. § 1116, Plaintiff is entitled to a preliminary and

11   permanent injunction against Defendants' continuing acts of infringement.  Plaintiff

12   is further entitled to an order impounding and destroying all infringing products in

13   Defendants' possession, custody or control.

14                    **FIRST CLAIM FOR RELIEF**

15   **(Against all Defendants for Trademark Infringement, 15 U.S.C. § 1114)**

16       29.    Plaintiff realleges and incorporates herein by reference each and every

17   allegation set forth above in paragraphs 1 through 28, inclusive.

18       30.    Plaintiff is the owner of the "Brighton" trademark.

19       31.    The "Brighton" trademark is a valid, protectable mark.

20       32.    Plaintiff is informed and believes and thereon alleges that Defendants

21   have been designing, selling and offering for sale tops, shirts, and other apparel

22   items under the "Brighton and Fawkes" trade name that infringe Plaintiff's

23   "Brighton" trademark.

24       33.    Defendants are not now, and never have been, authorized by Plaintiff

25   to use Plaintiff's trademark in connection with the marketing and/or sale of

26   Defendants' goods.

27       34.    Defendants' marketing and sale of tops, shirts, and other apparel items

28   bearing the word "Brighton" -- sometimes in conjunction with hearts -- and

                              -7-
                          **COMPLAINT**

Defendants' marketing and sale of these and other products under the "Brighton and Fawkes" trade name and on the *brightonandfawkes.com* website is likely to cause confusion, mistake, and/or deception among consumers as to the source, quality, and nature of Defendants' goods.

35.   Defendants are infringing willfully and despite actual knowledge of Brighton's rights in the Brighton mark.

36.   Plaintiff is informed and believes and thereon alleges that as a proximate result of the unfair advantage accruing to Defendants' business from deceptively trading on Plaintiff's promotion, sales, and consumer recognition, Defendants have made substantial sales and profits in amounts to be established according to proof.

37.   As a proximate result of the unfair advantage accruing to Defendants' business from deceptively trading on Plaintiff's promotion, sales, and consumer recognition, Plaintiff has been damaged and deprived of substantial sales of its Brighton products and has been deprived of the value of its trademark as a commercial asset, in amounts to be established according to proof.

38.   Plaintiff is informed and believes, and thereon alleges that, unless restrained by the Court, Defendants will continue to infringe Plaintiff's "Brighton" trademark, thus engendering a multiplicity of judicial proceedings, and that pecuniary compensation will not afford Plaintiff adequate relief for the damage to its trademark in the public perception.  Further, Plaintiff is informed and believes and thereon alleges that in the absence of injunctive relief, customers are likely to continue to be mistaken or deceived as to the true source, origin, sponsorship, and affiliation of Defendants' goods.

39.   Plaintiff is informed and believes and thereon alleges that Defendants' acts were committed, and continue to be committed, with actual notice of Plaintiff's exclusive rights and with an intent to cause confusion, to cause mistake, and/or to deceive, and to cause injury to the reputation and goodwill associated with Plaintiff

-8-

**COMPLAINT**

1   and its products.  Pursuant to 15 U.S.C. § 1117, Plaintiff is, therefore, entitled to

2   recover three times its actual damages or three times Defendants' profits, whichever

3   is greater, together with Plaintiff's attorneys' fees.  In addition, pursuant to 15

4   U.S.C. § 1118, Plaintiff is entitled to an order requiring destruction of all infringing

5   products and promotional materials in Defendants' possession.

6                           **SECOND CLAIM FOR RELIEF**

7   **(Against all Defendants for False Designation of Origin, 15 U.S.C.§ 1125(a))**

8          40.    Plaintiff realleges and incorporates herein by reference each and every

9   allegation set forth above in paragraphs 1 through 39, inclusive.

10         41.    Defendants have caused to enter into interstate commerce products

11  bearing marks confusingly similar to Plaintiff's "Brighton" trademark.  Plaintiff's

12  trademark has become associated in the minds of consumers with Plaintiff and its

13  Brighton goods.

14         42.    The design, marketing and sale of Defendants' products as described

15  above constitutes false designations of origin which are likely to cause confusion

16  and mistake and to deceive consumers as to the source or origin of such goods or

17  sponsorship or approval of such goods by Plaintiff.

18         43.    Plaintiff is informed and believes and thereon alleges that as a

19  proximate result of Defendants' false designation of the origin of their goods,

20  Defendants have made substantial sales and profits in amounts to be established

21  according to proof.

22         44.    Plaintiff is informed and believes and thereon alleges that as a

23  proximate result of Defendants' false designation of the origin of their goods,

24  Plaintiff has been damaged and deprived of substantial sales of its Brighton fashion

25  accessories and has been deprived of the value of its trademark as a commercial

26  asset, in amounts to be established according to proof.

27         45.    Plaintiff is informed and believes and thereon alleges that unless

28  restrained by this Court, Defendants will continue to designate falsely the origin of

-9-

**COMPLAINT**

1  their goods, causing irreparable damage to Plaintiff and engendering a multiplicity

2  of lawsuits.  Pecuniary compensation will not afford Plaintiff adequate relief for its

3  resulting damages.  Further, Plaintiff is informed and believes and thereon alleges

4  that in the absence of injunctive relief, customers are likely to continue being

5  mistaken or deceived as to the true source, origin, sponsorship, and affiliation of

6  Defendants' goods.

7       46.    Plaintiff is informed and believes and thereon alleges that Defendants'

8  acts were committed, and continue to be committed, with actual notice of Plaintiff's

9  exclusive rights and with an intent to cause confusion, to cause mistake, and/or to

10  deceive, and to cause injury to the reputation and goodwill associated with Plaintiff

11  and its products.  Pursuant to 15 U.S.C. § 1117, Plaintiff is, therefore, entitled to

12  recover three times its actual damages or three times Defendants' profits, whichever

13  is greater, together with Plaintiff's attorneys' fees.  In addition, pursuant to 15

14  U.S.C. § 1118, Plaintiff is entitled to an order requiring destruction of all infringing

15  products and promotional materials in Defendants' possession.

16  **THIRD CLAIM FOR RELIEF**

17  **(Against all Defendants for Common Law Unfair Competition)**

18       47.    Plaintiff realleges and incorporates herein by reference each and every

19  allegation set forth above in paragraphs 1 through 46, inclusive.

20       48.    As a result of promotion and sales over many years, Plaintiff's

21  trademark has acquired secondary meaning.

22       49.    Defendants have used marks similar to Plaintiff's trademark on and in

23  connection with their products.

24       50.    Plaintiff and Defendants are business competitors.

25       51.    By reason of the similarity between Plaintiff's products and

26  Defendants' products, the public is likely to identify Defendants' products as those

27  of Plaintiff, or to conclude that Plaintiff has some connection with the production of

28  Defendants' products.

52.   Defendants' conduct, as alleged herein, is unfair and unlawful.

53.   Defendants' acts alleged herein have caused Plaintiff to lose profits and caused additional damage to Plaintiff's reputation and goodwill.  The precise amount of Plaintiff's damages is presently unknown but will be established according to proof.

54.   Plaintiff is informed and believes and thereon alleges that as a direct and proximate result of Defendants' wrongful conduct as described above, Defendants have gained revenue and profits.

55.   Plaintiff has no adequate remedy at law for the injury that will be caused by Defendants' acts of unfair competition and/or fraudulent business practices.  Accordingly, Plaintiff is entitled to preliminary and permanent injunctions restraining Defendants, their officers, agents, and employees, and all persons acting in concert with them, from further engaging in acts of unfair competition against Plaintiff and its products.

56.   Plaintiff is informed and believes and thereon alleges that Defendants committed the foregoing acts with the intention of depriving Plaintiff of its legal rights, with oppression, fraud, and/or malice, and in conscious disregard of Plaintiff's rights.  Plaintiff is, therefore, entitled to an award of exemplary damages, according to proof.

## FOURTH CLAIM FOR RELIEF

### (Against all Defendants for Unfair Competition –

### Bus. & Prof. Code §17200 *et seq.*)

57.   Plaintiff realleges and incorporates herein by reference each and every allegation set forth above in paragraphs 1 through 56, inclusive.

58.   Defendants' conduct as alleged herein constitutes unfair, unlawful, and fraudulent business practices prohibited by §§ 17200 et seq. and §§ 17500 et seq. of the California Business & Professions Code.

59.   Plaintiff is informed and believes and thereon alleges that as a direct

-11-

**COMPLAINT**

1   and proximate result of Defendants' wrongful conduct as described above,

2   Defendants have gained property and revenues properly belonging to Plaintiff.

3   Plaintiff therefore seeks restitution of these amounts.  Plaintiff also seeks injunctive

4   relief restraining Defendants, their officers, agents, and employees, and all persons

5   acting in concert with them, from further engaging in acts of unfair competition

6   and/or fraudulent business acts against Plaintiff and its products.

7

8   **<u>PRAYER FOR RELIEF</u>**

9   WHEREFORE, Plaintiff prays for relief against Defendants as follows:

10   1.   For preliminary and permanent injunctions enjoining and restraining

11   Defendants, their agents, employees, representatives, partners, joint venturers

12   and/or anyone acting on behalf of, or in concert with, Defendants, or any of them,

13   from:

14   A.   designing, importing, shipping, delivering, selling,

15   marketing, displaying, advertising, or promoting products that copy

16   any of Plaintiff's trademarks or trade dress or so closely resemble any

17   of Plaintiff's trademarks or trade dress as to create a likelihood of

18   confusion, mistake, or deception;

19   B.   representing or implying, directly or indirectly, to

20   retailers, customers, distributors, licensees, or any other customers or

21   potential customers of Defendants' products that Defendants' products

22   originate with, are sponsored, endorsed, or licensed by, or are

23   otherwise associated or affiliated with Plaintiff; and/or

24   C.   using the word "Brighton" on or in connection with any

25   apparel products;

26   2.   For an order requiring the destruction of all Defendants' infringing

27   goods and all marketing, advertising, or promotional materials depicting

28   Defendants' infringing goods;

**COMPLAINT**

3.    For an accounting of all profits obtained by Defendants from sales of the infringing goods and an order that Defendants hold all such profits in a constructive trust for the benefit of Plaintiff;

4.    For an award to Plaintiff of all profits earned by Defendants from the sale of infringing goods;

5.    For restitution to Plaintiff of all property and revenues obtained by Defendants through their acts of unfair competition;

6.    For compensatory damages according to proof;

7.    For exemplary and multiple damages according to proof;

8.    For prejudgment interest on all damages awarded by this Court;

9.    For an award of attorneys' fees;

10.   For costs of suit incurred herein; and

11.   For such other and further relief as the Court deems just and proper.

Dated: May 31, 2011                      BROWNE WOODS GEORGE LLP
                                         Peter W. Ross
                                         Keith J. Wesley

                                         LAW OFFICES OF GARY FREEDMAN
                                         Gary Freedman


                                         By _____
                                             Peter W. Ross

                                         Attorneys for Plaintiff
                                         BRIGHTON COLLECTIBLES, INC.

-13-

**COMPLAINT**

1

## JURY DEMAND

2    Pursuant to Federal Rules of Civil Procedure, Rule 38, Plaintiff hereby

3 demands trial by jury.

4

5 Dated:  May 31, 2011    BROWNE WOODS GEORGE LLP
             Peter W. Ross

6             Keith J. Wesley

7            LAW OFFICES OF GARY FREEDMAN
             Gary Freedman

8

9        By _____
             Peter W. Ross

10

11         Attorneys for Plaintiff
         BRIGHTON COLLECTIBLES, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COMPLAINT**

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,535,432
Registered Apr. 18, 1989

### TRADEMARK
### PRINCIPAL REGISTER

## BRIGHTON

GOODMAN KNITTING CO., INC. (MASSACHU-
SETTS CORPORATION)
P.O. BOX 1100
300 MANLEY STREET
BROCKTON, MA 024031100

FOR: MEN'S AND WOMEN'S CLOTHING,
NAMELY, TOPS & SHIRTS, IN CLASS 25 (U.S.
CL. 39).

FIRST USE 1-3-1984; IN COMMERCE
1-3-1984.

SER. NO. 749,582, FILED 9-1-1988.

DONALD ST. GEORGE REEVES, EXAMINING
ATTORNEY



EXHIBIT A



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

AUGUST 27, 1997

                                    PTAS

PRETTY, SCHROEDER & POPLAWSKI
MICHAEL J. MACDERMOTT
444 SOUTH FLOWER STREET, SUITE 1900
LOS ANGELES, CA 90071

*100506609A*

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF THE
U.S. PATENT AND TRADEMARK OFFICE.  A COMPLETE MICROFILM COPY IS AVAILABLE
AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER REFERENCED
BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE.  THE INFORMATION
CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA PRESENT IN THE
PATENT AND TRADEMARK ASSIGNMENT SYSTEM.  IF YOU SHOULD FIND ANY ERRORS OR
HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY CONTACT THE EMPLOYEE WHOSE
NAME APPEARS ON THIS NOTICE AT 703-308-9723.  PLEASE SEND REQUEST FOR
CORRECTION TO:  U.S. PATENT AND TRADEMARK OFFICE, ASSIGNMENT DIVISION,
BOX ASSIGNMENTS, NORTH TOWER BUILDING, SUITE 10C35, WASHINGTON, D.C. 20231.

RECORDATION DATE: 07/17/1997          REEL/FRAME: 1615/0720
                                      NUMBER OF PAGES: 3

BRIEF:  ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

ASSIGNOR:
    KELLWOOD COMPANY                   DOC DATE: 06/25/1997
                                      CITIZENSHIP: DELAWARE
                                      ENTITY: CORPORATION

ASSIGNEE:
    LEEGIN CREATIVE LEATHER PRODUCTS,  CITIZENSHIP: CALIFORNIA
      INC.                             ENTITY: CORPORATION
    14022 NELSON AVENUE
    CITY OF INDUSTRY, CALIFORNIA 91746

APPLICATION NUMBER: 73749582          FILING DATE: 09/01/1988
REGISTRATION NUMBER: 1535432          ISSUE DATE: 04/18/1989

MARK: BRIGHTON
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

1615/0720 PAGE 2

TARA WASHINGTON, EXAMINER
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS

## ASSIGNMENT

WHEREAS, Kellwood Company, a Delaware corporation, of 600 Kellwood Parkway, Chesterfield, Missouri, 63017 is the owner of the mark BRIGHTON which is registered in the United States Patent and Trademark Office, Registration No. 1,535,432; and

WHEREAS, Leegin Creative Leather Products, Inc., a California corporation, of 14022 Nelson Avenue, City of Industry, California 91746 is desirous of acquiring said mark and the registration thereof;

NOW, THEREFORE, for good and valuable consideration, the receipt of which is hereby acknowledged, said Kellwood Company does hereby assign unto said Leegin Leather Products, Inc. all right, title and interest in and to the said mark, together with the goodwill of the business symbolized by the mark, and the above-identified registration thereof.

Kellwood Company

Dated: June 26 , 1997

By: _____

Name: Thomas H. Pollihan
Title: Vice President, Secretary and
General Counsel

G:\DVA ASSIGNS\LEEGIN.001

Exhibit 1

## NOTARIAL ACKNOWLEDGMENT

___X___ CORPORATION _____ PARTNERSHIP _____ INDIVIDUAL

State of Missouri )

County of Saint Louis )

On this 26th day of June, 1997 , before me, Deborah K. Fernandez, Notary Public personally appeared Thomas H. Pollihan , personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_(Signature of Notary)_

**DEBORAH K. FERNANDEZ**
NOTARY PUBLIC—STATE OF MISSOURI
ST. LOUIS COUNTY
MY COMMISSION EXPIRES OCT, 29, 1998

(Affix seal in the above blank space)

Side - 1

**NOTICE OF ACCEPTANCE OF §8
DECLARATION AND §9 RENEWAL
MAILING DATE: Mar 20, 2009**

The declaration and renewal application filed in connection with the registration identified below meets the requirements of Sections 8 and 9 of the Trademark Act, 15 U.S.C. §§1058 and 1059.  The declaration is accepted and renewal is granted.  The registration remains in force.For further information about this notice, visit our website at: http://www.uspto.gov.  To review information regarding the referenced registration, go to http://tarr.uspto.gov.

REG NUMBER:     1535432

MARK:                 BRIGHTON

OWNER:              BRIGHTON COLLECTIBLES, INC.

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

Michael J. MacDermott
Christie, Parker & Hale, LLP
PO Box 7068
Pasadena, CA   91109-7068

Int. Cls.: **14, 18 and 25**

Prior U.S. Cls.: **1, 2, 3, 22, 27, 28, 39, 41 and 50**

Reg. No. 2,209,973

## United States Patent and Trademark Office

Registered Dec. 15, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## BRIGHTON

LEEGIN CREATIVE LEATHER PRODUCTS, INC. (CALIFORNIA CORPORATION)
14022 NELSON AVENUE
CITY OF INDUSTRY, CA 91746

FOR: JEWELRY, NAMELY, WATCHES AND BRACELETS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-0-1994; IN COMMERCE 1-0-1994.

FOR: LEATHER GOODS, NAMELY, HAND-BAGS AND WALLETS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 6-1-1995; IN COMMERCE 6-1-1995.

FOR: CLOTHING, NAMELY, BELTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-0-1985; IN COMMERCE 5-0-1985.

OWNER OF U.S. REG. NO. 1,535,432.

SER. NO. 75-104,444, FILED 5-15-1996.

JERI J. FICKES, EXAMINING ATTORNEY

Side - 1

## NOTICE OF ACCEPTANCE OF §8
## DECLARATION AND §9 RENEWAL
### MAILING DATE: Dec 2, 2008

The declaration and renewal application filed in connection with the registration identified below meets the requirements of Sections 8 and 9 of the Trademark Act, 15 U.S.C. §§1058 and 1059.  The declaration is accepted and renewal is granted.  The registration remains in force.For further information about this notice, visit our website at: http://www.uspto.gov.  To review information regarding the referenced registration, go to http://tarr.uspto.gov.

REG NUMBER:     2209973
MARK:           BRIGHTON
OWNER:          BRIGHTON COLLECTIBLES, INC.

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

MICHAEL J MACDERMOTT
CHRISTIE, PARKER & HALE, LLP
P.O. BOX 7068
PASADENA, CA  91109-7068



**UNITED STATES
PATENT AND
★★★★ TRADEMARK OFFICE**

# RECEIVED

FEB 0 5 2005

Christie, Parker & Hale, LLP

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

REGISTRATION NO: 2209973   SERIAL NO: 75/104444   MAILING DATE: 01/24/2005
REGISTRATION DATE: 12/15/1998
MARK: BRIGHTON
REGISTRATION OWNER: LEEGIN CREATIVE LEATHER PRODUCTS, INC.

CORRESPONDENCE ADDRESS:
MICHAEL J MACDERMOTT
CHRISTIE, PARKER & HALE, LLP
P.O. BOX 7068
PASADENA, CALIFORNIA 91109-7068

CASE # *46525* ACTION *On Cal. Renewal*

REMINDER _____ DUE DATE _____
DEADLINE _____ *12/15/08*

## NOTICE OF ACCEPTANCE
### 15 U.S.C. Sec. 1058(a)(1)

THE COMBINED AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS
THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF ACKNOWLEDGEMENT
### 15 U.S.C. Sec. 1065

THE AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE
REQUIREMENTS OF SECTION 15 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1065.

ACCORDINGLY, THE SECTION 15 AFFIDAVIT IS ACKNOWLEDGED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
014, 018, 025.

ROBERTS, SHARON YVONNE
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

   PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

ORIGINAL

REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION

I) SECTION 8: AFFIDAVIT OF CONTINUED USE

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10–year period following the date of registration.

**Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**

II) SECTION 9: APPLICATION FOR RENEWAL

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10–year period following the date of registration.

**Failure to file the Application for Renewal will result in the expiration of the registration.**

**NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE.  IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.**

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,188,683

Registered Sep. 15, 1998

### TRADEMARK
### PRINCIPAL REGISTER

## BRIGHTON

LEEGIN CREATIVE LEATHER PRODUCTS, INC. (CALIFORNIA CORPORATION)
14022 NELSON AVENUE
CITY OF INDUSTRY, CA 91745 , ASSIGNEE OF BRIGHTON, DAVID (UNITED STATES CITIZEN) SANTA FE, NM 87501

FOR: BELTS AND BOLO TIES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1973; IN COMMERCE 0-0-1973.

OWNER OF U.S. REG. NO. 1,535,432.

SER. NO. 74-631,820, FILED 2-9-1995.

JERI J. FICKES, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

REGISTRATION NO: 2188683     SERIAL NO: 74/631820     MAILING DATE:  09/13/2008
REGISTRATION DATE: 09/15/1998
MARK:  BRIGHTON
REGISTRATION OWNER:  BRIGHTON COLLECTIBLES, INC.

CORRESPONDENCE ADDRESS:

MICHAEL J MACDERMOTT
CHRISTIE, PARKER & HALE LLP
POST OFFICE BOX 7068
PASADENA CA 91109-7068

# NOTICE OF ACCEPTANCE
15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058. ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

....................................................

# NOTICE OF RENEWAL
15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1059. ACCORDINGLY, THE REGISTRATION IS RENEWED.

....................................................

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
025.

EVERETT, PATRICIA
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION
ORIGINAL

---

REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATIONI) SECTION 8: AFFIDAVIT OF CONTINUED USE The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration. Failure to file the Section 8 Affidavit will result in the cancellation of the registration.
II) SECTION 9: APPLICATION FOR RENEWAL The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration. Failure to file the Application for Renewal will result in the expiration of the registration.

NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE. IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.



UNITED STATES
PATENT AND
★★★★ TRADEMARK OFFICE

**RECEIVED**

NOV 1 6 2004

*MM*

Chnstie, Parker & Hale, LLP

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

REGISTRATION NO: 2188683      SERIAL NO: 74/631820      MAILING DATE: 10/26/2004
REGISTRATION DATE: 09/15/1998
MARK: BRIGHTON
REGISTRATION OWNER: LEEGIN CREATIVE LEATHER PRODUCTS, INC.

CORRESPONDENCE ADDRESS:
MICHAEL J MACDERMOTT
CHRISTIE, PARKER & HALE LLP
POST OFFICE BOX 7068
PASADENA CA  91109-7068

CASE # *46527* ACTION *On Cal Renewal*

REMINDER _____ DUE DATE _____
DEADLINE _____ *9 15 08* _____

# NOTICE OF ACCEPTANCE
15 U.S.C. Sec. 1058(a)(1)

THE COMBINED AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS
THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

************************************************

# NOTICE OF ACKNOWLEDGEMENT
15 U.S.C. Sec. 1065

THE AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE
REQUIREMENTS OF SECTION 15 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1065.

ACCORDINGLY, THE SECTION 15 AFFIDAVIT IS ACKNOWLEDGED.

************************************************

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
025.

COPELAND, VICKY LEN
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

      PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
   CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

ORIGINAL

REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION

I) SECTION 8: AFFIDAVIT OF CONTINUED USE

The registration shall remain in force for 10 years, except that the registration
shall be canceled for failure to file an Affidavit of Continued Use under Section 8
of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10–year period
following the date of registration.

Failure to file the Section 8 Affidavit will result in the cancellation of the registration.


II) SECTION 9: APPLICATION FOR RENEWAL

The registration shall remain in force for 10 years, subject to the provisions
of Section 8, except that the registration shall expire for failure to file an
Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059,
at the end of each successive 10–year period following the date of registration.

Failure to file the Application for Renewal will result in the expiration of the
registration.


NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE
SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE.   IT
IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND
TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION
OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE
REQUIREMENTS AND FEES.

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,156,169

## United States Patent and Trademark Office

Registered May 12, 1998

### TRADEMARK
### PRINCIPAL REGISTER



LEEGIN CREATIVE LEATHER PRODUCTS, INC. (CALIFORNIA CORPORATION)
14022 NELSON AVENUE
CITY OF INDUSTRY, CA 91746

FOR: FOOTWEAR, NAMELY, LADIES SHOES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-0-1995; IN COMMERCE 11-0-1995.
OWNER OF U.S. REG. NO. 1,535,432.

SER. NO. 75-163,093, FILED 9-9-1996.

JERI J. FICKES, EXAMINING ATTORNEY

UNITED STATES
PATENT AND
★★★★ TRADEMARK OFFICE

JUN 1 8 2004                    *MM*

Christie, Parker & Hale, LLP

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3514
www.uspto.gov

REGISTRATION NO: 2156169      SERIAL NO: 75/163093      MAILING DATE: 06/09/2004
REGISTRATION DATE: 05/12/1998
MARK: BRIGHTON
REGISTRATION OWNER: Leegin Creative Leather Products, Inc.

CORRESPONDENCE ADDRESS:
MICHAEL J. MACDERMOTT
CHRISTIE PARKER & HALE LLP
PO BOX 7068
PASADENA CA   91109-7068

CASE # 46523   ACTION On Cal.
Renewal

REMINDER_____DUE DATE_____
DEADLINE_____5/12/08

# NOTICE OF ACCEPTANCE
## 15 U.S.C. Sec. 1058(a)(1)

THE COMBINED AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS
THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

**************************************************

# NOTICE OF ACKNOWLEDGEMENT
## 15 U.S.C. Sec. 1065

THE AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE
REQUIREMENTS OF SECTION 15 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1065.

ACCORDINGLY, THE SECTION 15 AFFIDAVIT IS ACKNOWLEDGED.

**************************************************

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
025.

MAKEL, RODNEY W
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

ORIGINAL

TMLT4A (3/2003)

## REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION

### I) SECTION 8: AFFIDAVIT OF CONTINUED USE

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration.

**Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**

### II) SECTION 9: APPLICATION FOR RENEWAL

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration.

**Failure to file the Application for Renewal will result in the expiration of the registration.**

**NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE. IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.**

TMLT1R (9/99)

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

REGISTRATION NO: 2156169     SERIAL NO: 75/163093        MAILING DATE: 05/06/2008
REGISTRATION DATE: 05/12/1998
MARK: BRIGHTON
REGISTRATION OWNER: BRIGHTON COLLECTIBLES, INC.

CORRESPONDENCE ADDRESS:
MICHAEL J. MACDERMOTT
CHRISTIE PARKER & HALE LLP
PO BOX 7068
PASADENA CA 91109-7068

RECEIVED

MAY 1 5 2008

Christie, Parker & Hale, LLP

CASE _____ ACTION Next Renewal

REMINDER _____   DUE DATE _____

## NOTICE OF ACCEPTANCE
DEADLINE _____   5/12/2018

15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF RENEWAL
15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1059.

ACCORDINGLY, THE REGISTRATION IS RENEWED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
025.

HORN, ARLENE JOYCE
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

ORIGINAL

TMLT6C (11/2005)

## REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION

### I) SECTION 8: AFFIDAVIT OF CONTINUED USE

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration.

Failure to file the Section 8 Affidavit will result in the cancellation of the registration.

### II) SECTION 9: APPLICATION FOR RENEWAL

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration.

Failure to file the Application for Renewal will result in the expiration of the registration.

NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE. IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.

TMLT1R (9/99)





**Janice Signature Shoulderbag $140**
*10.5"w x 6.5"h x 2.5"d, 8.5" strap*
HS0347 Red, HS0343 Black

**Signature Short Brim Hat $72.50**
E90723 Black, E90727 Red

**FABRIC** *Handbags*





*left to right:*
**Leather Short Brim Hat $110** E90337 Red
**Leather Crusher Hat $125** E90347 Red

**Julia Signature Backpack $215**
*9"w x 11"h x 4.5"d, 3.5" handles, 30" adjustable straps*
HS0353 Black, HS0357 Red

46 Fabric



EXHIBIT B    BCAT2974



French Kiss
French Wire Earrings $27
J13170 Silver

Aberdeen Post
Earrings $28
J13690 Silver

French Kiss
Necklace $47
J42850 Silver
16.5" adjustable

Aberdeen
Bracelet $36
J33740 Silver

French Kiss Bracelet $37
J33350 Silver

Aberdeen
Necklace $48
J43160 Silver
18" adjustable

Laguna Weave
French Wire
Earrings $28
J14020 Silver

Geneva
French Wire
Earrings $25
♥ J12540 Silver

Laguna
Weave Heart
Necklace $42
J43470 Silver
18" adjustable

Geneva
Necklace $41
♥ J42230 Silver
18" adjustable

Laguna Weave
Bracelet $38
J34010 Silver

Geneva
Bracelet $35
♥ J32570 Silver

22 Full Of Heart

♥ Best Seller

BCAT4483





bright on.

*Create Brighton Gift Baskets including a Brighton T-shirt!*

Brighton has heart

**Brighton Has Heart,** (cancellicacs)
Cotton crew neck tee.
white BC201, purple BC202, blue BC203, berry BC 204

**Brighton Your Day**

# Brighton Washes

Look for our range ....Faded, Antique, Medium & Dark Rinse.

Indigo is a natural dye that washes down in color over time. Denim washing & processing is "chemistry." It's affected by the ph & temperature of the water and the time in the wash.

Abrasion on the fabric comes from hand sanding, blasting, grinding and/or painting of potassium permanganate onto the denim.

Many combinations of treatments can take up to 2 hours per garment.

Our black fabric is piece-dyed using reactive dye that attains a dark, rich color but stays colorfast.

The black fabric is a blend of cotton & T 400 (a technical polyester having a natural stretch). The fabric stretches 2 ways.

**Heart Breaker**
$165 K11064 Blue

**Corazon Jacket**
$225 K11086 Blue

**Twilight Jacket**
$165 K11013 Black

**Floral Trellis Jacket**
$165 K11035 Blue

**Signature Denim Jacket**
$140 K11026 Blue

*Brighton*  www.brighton.com

BCAT4803





## ❧ LOVE YA' Collection

*above left:* **Love Ya' Mini Bag $189** T41463 Black, T41462 White, T41467 Paprika
*above right:* **Love Ya' Key Fob $26** E12663 Black, E12662 White, E12667 Paprika
*below left:* **Love Ya' Phone Case $72** E92363 Black, E92367 Paprika, E92362 White
*below right:* **Lovely Soft Hobo $325** *16"w x 8"h x 6"d, 11" handles,* H31783 Black, H31787 Paprika

*opposite page:* **Louisa Small Soft Hobo $175** *12"w x 7"h x 4.5"d, 10.5" strap*
H40383 Black, H40387 Paprika, H40382 White





Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

**United States Patent and Trademark Office**

Reg. No. 2,206,480

Registered Dec. 1, 1998

## TRADEMARK
### PRINCIPAL REGISTER



LEEGIN CREATIVE LEATHER PRODUCTS, INC. (CALIFORNIA CORPORATION)
14022 NELSON AVENUE
CITY OF INDUSTRY, CA 91746

FOR: LEATHER GOODS, NAMELY, HANDBAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 2–1–1993; IN COMMERCE 2–1–1993.

THE MARK CONSISTS OF A HEART-SHAPED DESIGN AND A STRAP WHICH APPEAR ON THE SIDE OF A HANDBAG WHICH IS DEPICTED IN DOTTED-OUTLINE FORM AND IS NOT PART OF THE MARK BUT APPEARS IN THE DRAWING TO SHOW THE LOCATION OF THE MARK.

SEC. 2(F).

SER. NO. 75–244,813, FILED 2–20–1997.

ROBERT C. CLARK JR., EXAMINING ATTORNEY



EXHIBIT C

Side - 1



# NOTICE OF ACCEPTANCE OF §8
# DECLARATION AND §9 RENEWAL
## MAILING DATE: Nov 11, 2008

The declaration and renewal application filed in connection with the registration identified below meets the requirements of Sections 8 and 9 of the Trademark Act, 15 U.S.C. §§1058 and 1059.  The declaration is accepted and renewal is granted.  The registration remains in force.

For further information about this notice, visit our website at: http://www.uspto.gov.  To review information regarding the referenced registration, go to http://tarr.uspto.gov.

REG NUMBER:      2206480
MARK:            MISCELLANEOUS DESIGN
OWNER:           BRIGHTON COLLECTIBLES, INC.

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

MICHAEL J MACDERMOTT
CHRISTIE PARKER & HALE, LLP
P. O. BOX 7068
PASADENA, CA   91109-7068









EXHIBIT D























Home  |  About Us  |  Products  |  Order Status  |  Contact Us

Search [                    ] Go!

**CATALOG & MENU**

**Browse by Category**
MENS GRAPHIC TEES
WOMENS GRAPHIC TEES

Wholesale Login
NEWS

follow us on facebook!



BRIGHTON & FAWKES
DANIEL CRAIG          EWAN MCGREGOR

HOME  |  ABOUT  |  PRODUCTS  |  TERMS  |  PRIVACY  |  FAQ  |  ORDER STATUS  |  CONTACT US

Copyright © 2008-2011 Brighton & Fawkes, Inc.. All Rights Reserved.





My Shopping Cart

Thursday, May 26, 2011 5:06 PM

**Home** | **About Us** | **Products** | **Order Status** | **Contact Us**

Search [＿＿＿＿＿＿] Go!

## CATALOG & MENU

**Browse by Category**
MENS GRAPHIC TEES
WOMENS GRAPHIC TEES

Wholesale Login
NEWS

follow us on facebook!

**Brighton & Fawkes, Inc.**

1901 E. 7th Place
Los Angeles, CA 90021
United States
949.278.4950

\* Indicates Required Fields

TO SEE BRIGHTON & FAWKES NEW 2011 COLLECTION, PLEASE FILL OUT THIS FORM

\* CONTACT NAME (First, Last)

[＿＿＿＿＿＿＿＿＿＿＿＿＿＿]

\* E-MAIL

[＿＿＿＿＿＿＿＿＿＿＿＿＿＿]

\* CITY, STATE, ZIP

[＿＿＿＿＿＿＿＿＿＿＿＿＿＿]

\* COUNTRY

[＿＿＿＿＿＿＿＿＿＿＿＿＿＿]

\* PHONE

[＿＿＿＿＿＿＿＿＿＿＿＿＿＿]

COMPANY

[＿＿＿＿＿＿＿＿＿＿＿＿＿＿]

\* COMMENTS / QUESTIONS

[＿＿＿＿＿＿＿＿＿＿＿＿＿＿
＿＿＿＿＿＿＿＿＿＿＿＿＿＿
＿＿＿＿＿＿＿＿＿＿＿＿＿＿
＿＿＿＿＿＿＿＿＿＿＿＿＿＿]

Verification Code
Type the characters you see in the image below.

ision   ionstice

[＿＿＿＿]

Get another

Submit    Reset

. . . . . . . . . . . . . . . . . . . .

HOME | ABOUT | PRODUCTS | TERMS | PRIVACY | FAQ | ORDER STATUS | CONTACT US

Copyright © 2008-2011 Brighton & Fawkes, Inc.. All Rights Reserved.

Case 2:11-cv-04630-RGK-E   Document 1   Filed 05/31/11   Page 55 of 67   Page ID #:62



My Shopping Cart

Thursday, May 26, 2011 5:07 PM

Home  |  About Us  |  Products  |  Order Status  |  Contact Us

Search [                    ] Go!

## CATALOG & MENU

Browse by Category
**MENS GRAPHIC TEES**
WOMENS GRAPHIC TEES
Back

Wholesale Login
NEWS

 follow us on facebook!



**MENS GRAPHIC TEES**



**BF18 - RADIO HEAD**

Price: $ 29.95

Custom Order



**BF19 - Lost Cat Pop Art T**

Price: $ 24.95

Custom Order



**BF20 - Miles Davis Mondrian**

Price: $ 24.95

Custom Order



**BF21 - Wrong Place Wrong Time**

Price: $ 24.95

Custom Order



**BF22 - Vintage Mortorcycle T (White)**

Price: $ 25.00

Custom Order



**BF23 - Vintage Mortorcycle T (Black)**

Price: $ 29.95

Custom Order



**BF24 - Jalopy Races (Black)**

Price: $ 24.95

Custom Order



**BF25 - Jalopy Races (White)**

Price: $ 25.95

Custom Order



**BF26 - Holin' Wolf**

Price: $ 19.95

Custom Order



**BF27 - The Soul Gets It**

Price: $ 19.95

Custom Order



**BF28 - The Black Keys (White)**

Price: $ 29.95

Custom Order



**BF29 - The Black Keys (Black)**

Price: $ 26.95

Custom Order




HOME  |  ABOUT  |  PRODUCTS  |  TERMS  |  PRIVACY  |  FAQ  |  ORDER STATUS  |  CONTACT US

Copyright © 2008-2011 Brighton & Fawkes, Inc.. All Rights Reserved.







AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court for the  Central District of California                            on the following

☒ Trademarks or        ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>CV11  04690 | DATE FILED<br>5/31/11 | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br>BRIGHTON COLLECTIBLES, INC. | | DEFENDANT<br>BRIGHTON & FAWKES, INC.; AMATEUR THEATRICS, LLC;<br>JACOB CLARET; JESSE CORLETTO; JOSE PORTILLO |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 1,535,432 | 4/18/89 | Brighton Collectibles, Inc. |
| 2 | 2,188,683 | 9/15/98 | Brighton Collectibles, Inc. |
| 3 | 2,156,169 | 5/12/98 | Brighton Collectibles, Inc. |
| 4 | 2,209,973 | 12/15/98 | Brighton Collectibles, Inc. |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy

American LegalNet, Inc.
www.FormsWorkFlow.com

AO 120 (Rev. 08/10)

| TO:   Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court for the  Central District of California _____ on the following

☒ Trademarks or   ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>CV11 04630 | DATE FILED<br>5/31/11 | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br>BRIGHTON COLLECTIBLES, INC. | | DEFENDANT<br>BRIGHTON & FAWKES, INC.; AMATEUR THEATRICS, LLC;<br>JACOB CLARET; JESSE CORLETTO; JOSE PORTILLO |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 1,535,432 | 4/18/89 | Brighton Collectibles, Inc. |
| 2 | 2,188,683 | 9/15/98 | Brighton Collectibles, Inc. |
| 3 | 2,156,169 | 5/12/98 | Brighton Collectibles, Inc. |
| 4 | 2,209,973 | 12/15/98 | Brighton Collectibles, Inc. |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |  |  |
|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill   ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy

American LegalNet, Inc.
www.FormsWorkFlow.com

AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court for the Central District of California on the following

☒ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>CV11 04630 | DATE FILED<br>5/31/11 | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br>BRIGHTON COLLECTIBLES, INC. | | DEFENDANT<br>BRIGHTON & FAWKES, INC.; AMATEUR THEATRICS, LLC;<br>JACOB CLARET; JESSE CORLETTO; JOSE PORTILLO |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 1,535,432 | 4/18/89 | Brighton Collectibles, Inc. |
| 2 | 2,188,683 | 9/15/98 | Brighton Collectibles, Inc. |
| 3 | 2,156,169 | 5/12/98 | Brighton Collectibles, Inc. |
| 4 | 2,209,973 | 12/15/98 | Brighton Collectibles, Inc. |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

American LegalNet, Inc.
www.FormsWorkFlow.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge R. Gary Klausner and the assigned discovery Magistrate Judge is Charles Eick.

The case number on all documents filed with the Court should read as follows:

## CV11- 4630 RGK (Ex)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

======================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Peter W. Ross, Esq. (SBN 109741)
Keith J. Wesley, Esq. (SBN: 229276)
BROWNE WOODS GEORGE LLP
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Tel: 310.274.7100/Fax: 310.275.5697
Attorneys for Plaintiff Brighton Collectibles, Inc.
kwesley@bwgfirm.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHTON COLLECTIBLES, INC., a Delaware corporation<br><br>PLAINTIFF(S)<br><br>v.<br><br>BRIGHTON & FAWKES, INC., a California corporation; AMATEUR THEATRICS, LLC, a Nevada limited liability company; JACOB CLARET, an individual; JESSE CORLETTO, an individual; JOSE PORTILLO, an individual; and Does 1 through 10, inclusive,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV11 04630 RGK (Ex)<br><br><br>SUMMONS |

TO:DEFENDANT(S): Brighton & Fawkes, Inc.; Amateur Theatrics, LLC; Jacob Claret; Jesse Corletto, and Jose Portillo

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Browne Woods Goerge LLP, whose address is 2121 Avenue of the Stars, Suite 2400, Los Angeles, California 90067. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _____ MAY 3 1 2011 _____

CHRISTOPHER POWERS

By: _____
        Deputy Clerk

1181

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                        SUMMONS

American LegalNet, Inc.
www.USCourtForms.com

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
BRIGHTON COLLECTIBLES, INC., a Delaware corporation

**DEFENDANTS**
BRIGHTON & FAWKES, INC, et al.

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Peter W. Ross, Esq. (SBN: 109741)
Keith J. Wesley, Esq. (SBN: 229276)
Browne Woods George LLP
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Tel: 310.274.7100/Fax: 310.275.5697
pross@bwgfirm.com/kwesley@bwgfirm.com
Attorneys for Plaintiff Brighton Collectibles, Inc.

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT: $**

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE/ PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities -- Employment | ☐ 630 Liquor Laws | ☐ 61 HIA(1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **IMMIGRATION** | | ☐ 640 R.R.& Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities -- Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV11   04630

**FOR OFFICE USE ONLY:**   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

American LegalNet, Inc.
www.FormsWorkflow.com

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

VIII(a). IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
f yes, list case number(s): _____

VIII(b). RELATED CASES: Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
f yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

X. VENUE: (When completing the following information, use an additional sheet if necessary.)

a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | Nevada |

c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
ote: In land condemnation cases, use the location of the tract of land involved

. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date May 30, 2011
Keith J. Wesley

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

ey to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.FormsWorkflow.com