AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court for the Central District of California on the following

☒ Trademarks or  ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>CV11 04630 | DATE FILED<br>5/31/11 | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br>BRIGHTON COLLECTIBLES, INC. | | DEFENDANT<br>BRIGHTON & FAWKES, INC.; AMATEUR THEATRICS, LLC;<br>JACOB CLARET; JESSE CORLETTO; JOSE PORTILLO |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 1,535,432 | 4/18/89 | Brighton Collectibles, Inc. |
| 2 | 2,188,683 | 9/15/98 | Brighton Collectibles, Inc. |
| 3 | 2,156,169 | 5/12/98 | Brighton Collectibles, Inc. |
| 4 | 2,209,973 | 12/15/98 | Brighton Collectibles, Inc. |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

8/17/2011   NOTICE OF VOLUNTARY DISMISSAL (ATTACHED)

| CLERK<br>TERRY R NAFISI | (BY) DEPUTY CLERK<br>Sharon Hall Brown | DATE<br>1/20/2012 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

ORIGINAL

American LegalNet, Inc.
www.FormsWorkFlow.com