BROWNE WOODS GEORGE LLP
Peter W. Ross (State Bar No. 109741)
  pross@bwgfirm.com
Keith J. Wesley (State Bar No. 229276)
  kwesley@bwgfirm.com
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

LAW OFFICES OF GARY FREEDMAN
Gary Freedman (State Bar No. 49922)
goromans@aol.com
1149 Third Street, Suite 200
Santa Monica, California 90403
Tel.: 310.576.2444/Fax 310.576.2440

Attorneys for Plaintiff Brighton Collectibles, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BRIGHTON COLLECTIBLES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BRIGHTON & FAWKES, INC., a California corporation; AMATEUR THEATRICS, LLC a Nevada limited liability company; JACOBS CLARET, an individual; JESSE CORLETTO, an individual; JOSE PORTILLO, an individual; and Does 1 through 10, inclusive,<br><br>Defendants. | Case No. CV-11-04630 RGK (Ex)<br><br>The Hon. R. Gary Klausner<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**<br><br>Trial Date: None Set |

291898.1

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Brighton Collectibles, Inc. ("Brighton") dismisses <u>with prejudice</u> all of its claims against defendants Brighton & Fawkes, Inc., Amateur Theatrics, LLC, Jesse Corletto and Jose Portillo.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Brighton dismisses <u>without prejudice</u> all of its claims against defendant Jacob Claret.

DATED: August 17, 2011      Respectfully submitted,

LAW OFFICES OF GARY FREEDMAN
  Gary Freedman

BROWNE WOODS GEORGE LLP
  Peter W. Ross
  Keith J. Wesley


By  /s/Keith J. Wesley
    Keith J. Wesley
Attorneys for Plaintiff Brighton Collectibles, Inc.